Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ulysses Nunez,<br><br>Plaintiff,<br><br>v.<br><br>B Street Grill & Bar, LLC, doing business as "The HUB Grill & Bar," David Bee and Kenny Klauss,<br><br>Defendants. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

For his <u>Complaint</u> against Defendants, Plaintiff alleges the following:

1. This is a civil action seeking payment of unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, <u>et seq.</u>, asserted by Ulysses Nunez against his former employer, the B Street Grill & Bar, LLC, and its owners David Bee and Kenny Klauss.

2. Plaintiff is an adult male residing in Maricopa County, Arizona.

3. Defendant B Street Grill & Bar, LLC, is an Arizona limited liability company doing business in Maricopa County, Arizona as "The HUB Grill & Bar, LLC," at 1860 South Stapley, Mesa, Arizona and 1925 South Sossaman Road, Mesa, Arizona.

4. Defendants David Bee and Kenny Klauss own Defendant B Street Grill & Bar, LLC.

5. This Court's jurisdiction over Plaintiff's federal claims is based on the Fair Labor

Standards Act ("FLSA"), 29 U.S.C. § 216(b), et seq. (as amended), and 28 U.S.C. § 1331.

6. The events giving rise to this action transpired in Maricopa County, Arizona.
7. Defendants employed Plaintiff as a cook from approximately 2012 to 2016.
8. Plaintiff was an "employee" of Defendants within the meaning of FLSA.
9. Defendants were Plaintiff's "employer" within the meaning of FLSA.
10. Defendants engaged in "interstate commerce" within the meaning of FLSA.
11. Defendant paid Plaintiff an hourly wage for his work.
12. Plaintiff did not supervise other employees when he worked for Defendants.
13. Nor did Plaintiff have or need any special training or education to work for Defendants as a cook.
14. Plaintiff was not an "exempt" employee under FLSA.
15. From 2012 to 2016, Plaintiff routinely worked in excess of forty hours per week, which is reflected by the "pay stubs" that he received from Defendants.
16. In accordance with the requirements of FLSA, Defendants were required to pay Plaintiff overtime wages at the rate of one and one-half times his regular hourly rate for all hours he worked in excess of forty hours in a work week.
17. However, Defendants did not pay Plaintiff the overtime to which he was entitled at the rate of one and one-half of his hourly rate of pay for all hours worked in excess of forty each work week.
18. Based both upon his personal recollection and his pay stubs, Plaintiff estimates that Defendants failed to pay him hundreds and hundreds of hours of over-time pay.
19. Defendants' conduct was intentional and willful.
20. In fact, Defendants are engaged in a pattern of practice of not paying eligible employees overtime pay for hours worked in excess of forty in a given work week.
21. Plaintiff is entitled to liquidated damages in an amount equal to the amount he was otherwise due pursuant to 29 U.S.C. § 216(b).
22. Because Defendants David Bee and Kenny Klauss own Defendant B Street Grill &

Bar, they are personally liable to Plaintiff under the FLSA.

23. Pursuant to Rule 38(b)(1), Plaintiff hereby exercises his Seventh Amendment right to demand a trial by a jury of his peers.

WHEREFORE Plaintiff requests judgment against Defendants, jointly and severally, for:

A. Compensatory damages for overtime pay, with pre-judgment and post judgment interest as provided by law;

B. Liquidated damages in an amount equal to his compensatory damages;

C. An injunction ordering Defendant to pay its non-exempt employees overtime pay as required by FLSA;

D. Reasonable attorneys fees and costs incurred herein; and,

E. Such other relief that this Court deems just and appropriate under the circumstances.

Respectfully submitted this 24th day of May 2017.

MONTOYA, LUCERO & PASTOR, P.A.

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

Pursuant to 29 U.S.C. § 216(b), I consent to be the Plaintiff in this action.

_____
Ulysses Nunez
May 24, 2017

I hereby certify that on May 24, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing.

/s/