Robert K. Jones (State Bar No. 016228)
Sonya K. Boun (State Bar No. 023396)
**JACKSON LEWIS P.C.**
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
JonesR@jacksonlewis.com
Sonya.Boun@jacksonlewis.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ulysses Nunez,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>B Street Grill & Bar, LLC, d/b/a "The HUB Grill & Bar," David Bee and Kenny Klauss,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01599 PHX-DLR<br><br>**NOTICE OF SETTLEMENT** |

　　　　The parties have reached a settlement in this matter, subject to entering into a mutually agreeable written settlement agreement, and pending Court approval of the written settlement agreement.  The parties will file a stipulation to dismiss this case with prejudice shortly after approval from the Court.

　　　　DATED this 29th day of September 2017.

　　　　　　　　　　　　　　　　　　**JACKSON LEWIS P.C.**

　　　　　　　　　　　　　　　　　　By:　/s/Sonya K. Boun
　　　　　　　　　　　　　　　　　　　　　Sonya K. Boun
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Stephen Montoya
MONTOYA LUCERO & PASTOR P.A.
3200 N. Central Avenue, Suite 2550
Phoenix, AZ 85012
*Attorneys for Plaintiff*

By: /s/Valerie J. Armstrong
4822-7550-0881, v. 1