# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ulysses Nunez,<br><br>             Plaintiff,<br><br>v.<br><br>B Street Grill & Bar LLC, et al.,<br><br>             Defendants. | No. CV-17-01599-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Joint Motion for Approval of Settlement and for Dismissal the Lawsuit With Prejudice. (Doc. 16.) For good cause shown,

**IT IS ORDERED** that the Joint Motion is **GRANTED**. The Court finds that the settlement agreement attached as Exhibit 1 to the Joint Motion is a fair and reasonable resolution of a bona fide dispute over wages pursuant to the Fair Labor Standards Act and other claims, and accordingly, the settlement is approved.

**IT IS FURTHER ORDERED** that all claims in this action are dismissed with prejudice, and that except as otherwise provided in the settlement agreement, each party shall bear its own attorneys' fees and costs.

Dated this 27th day of October, 2017.

Douglas L. Rayes
United States District Judge